COM.

v.

**NELSON, E.**

**1220 WDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–02–CR–0003618–2000
CP–02–CR–0017102–1999
(Allegheny)

Vacated/Remanded

COM.

v.

**FOCHTMÁN, B.**

**1459 WDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–05–CR–0000600–2014 (Bedford)

Affirmed

■

COM.

v.

**BROWN, T.**

**1506 WDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–42–CR–0000008–2004 (McKean)

Vacated

COM.

v.

**JONES, J.**

**1685 WDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–25–CR–0001499–2016
(Erie)

Quashed